

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-19-00876-CV

**VIP FLOORING, LLC** and Philip Vipond,
Appellants

v.

Curtis **WALKER**,
Appellee

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 19-159
Honorable Kirsten Cohoon, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE RIOS, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, this appeal is DISMISSED. We ORDER all costs of this appeal assessed against appellants VIP Flooring, LLC and Philip Vipond.

SIGNED April 29, 2020.

_____
Luz Elena D. Chapa, Justice